VALLEY IMAGING PARTNERSHIP MEDICAL GROUP, L.P., a California limited partnership; et al., Plaintiffs–Appellants,

v.

RLI INSURANCE COMPANY, an Illinois corporation, Defendant–Appellee.

Nos. 07–56598.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 4, 2009.*

Filed Feb. 24, 2009.

Claudia J. Serviss, Esquire, Ford & Serviss LLP, Tarzana, CA, for Plaintiffs–Appellants.

Alison F. Greene, Esquire, Burnham & Brown, PLC, Oakland, CA, Michael D. Prough, Esquire, Morison Ansa Holden Assuncao & Prough, LLP, Walnut Creek, CA, for Defendant–Appellee.

Before: HALL, SILVERMAN and CALLAHAN, Circuit Judges.

## ORDER **

Pursuant to stipulation of the parties, this appeal is dismissed. The certified

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

copy of this order shall constitute the mandate of this court.

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.